# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3226
_____

HEATHER GRANT,

     Appellant,

     v.

STATE OF FLORIDA,

     Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

September 14, 2018


PER CURIAM.

     Given the lack of legally sufficient proof to support restitution in the amount of $107,333.00, we reverse the final order of restitution and remand this cause to the trial court to conduct a new evidentiary hearing to determine the appropriate amount of restitution. *See Glaubius v. State*, 688 So. 2d 913, 916 (Fla. 1997); *D.E.M. v. State*, 109 So. 3d 1229, 1232 (Fla. 1st DCA 2013).

     REVERSED and REMANDED with instructions.

WOLF, JAY, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

James P. Waczewski, Waczewski Law Group, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Appellee.